■ In the Matter of HAROLD C., JR., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ARIELLE B., Appellant. [48 NYS3d 922]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered August 22, 2014 in a proceeding pursuant to Family Court Act article 10. The order directed that respondent receive mental health treatment at Mid-Erie Treatment Services.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, DeJoseph, Curran and Scudder, JJ.

■ JOHN PESTILLO, Respondent, v COUNTY OF MONROE, Appellant, et al., Respondent. [48 NYS3d 923]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered December 8, 2015. The order, insofar as appealed from, granted the application of claimant for leave to serve a late notice of claim on respondent County of Monroe.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 13, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, DeJoseph, Curran and Scudder, JJ.

■ In the Matter of TYRONE DAVIS, Consecutive No. 177513, for Discharge from Central New York Psychiatric Center Pursuant to Mental Hygiene Law § 10.09, Appellant, v STATE OF NEW YORK et al., Respondents. [48 NYS3d 923]—Appeal from an order of the Supreme Court, Oneida County (Louis P. Gigliotti, A.J.), entered July 1, 2015 in a proceeding pursuant to Mental Hygiene Law article 10. The order, among other things, continued petitioner's commitment to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Peradotto, DeJoseph, Curran and Scudder, JJ.

■ LINDSAY A. HELENBROOK, Appellant, v DENNIS J. HELENBROOK, Respondent. [48 NYS3d 924]—Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered December 17, 2015. The order denied the motion of plaintiff for summary judgment and dismissed the summons with notice.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Peradotto, DeJoseph, Curran and Scudder, JJ.